United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 11, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-40499
Conference Calendar

_____

THOMAS SHANNON DARR,

                                    Petitioner-Appellant,

versus

R.D. MILES, Warden,

                                    Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:04-CV-572
--------------------

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[*]

    Thomas Shannon Darr, federal prisoner #18389-077, appeals
the dismissal of his 28 U.S.C. § 2241 habeas petition challenging
one of the sentences imposed in connection with his 1989
convictions for various drug-related offenses, use of a
communication facility to commit a felony, and interstate travel
in aid of racketeering.

    Because Darr's claim relates to an error that allegedly
occurred at sentencing, his claim may not be asserted in a § 2241

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

petition.  See Tolliver v. Dobre, 211 F.3d 876, 877 (5th Cir. 2000); Reyes-Requena v. United States, 243 F.3d 893, 900 (5th Cir. 2001).  Moreover, Darr has not shown that he is entitled to proceed under § 2241 based on the "savings clause" of 28 U.S.C. § 2255.  Reyes-Requena, 243 F.3d at 901, 904.  The district court's judgment is AFFIRMED.